EUNICE BROOKINS et al., Appellants-Respondents, v. PENNSYLVANIA RAILROAD COMPANY, Respondent-Appellant.— Order affirmed, without costs of this appeal to any party. All concur. (Cross appeals from an order striking out a certain defense in defendant's answer, dismissing causes of action contained in certain paragraphs of the amended complaint, and denying the motions of all parties in all other respects, in a negligence action.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [202 Misc. 467.]

∎

ERIE COUNTY WATER AUTHORITY, Respondent, v. WESTERN NEW YORK WATER COMPANY et al., Appellants, et al., Defendants.— Orders affirmed, with $10 costs and disbursements. All concur. (Appeal from two orders [1] permitting plaintiff to serve a supplemental petition, and [2] resettling the first order by adding to the recitation paragraph the reading and filing of an additional affidavit.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 281 App. Div. 801.]